# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JESICA PIMENTEL, § § § Plaintiff, § CIVIL ACTION NO. 4:20-CV-00283-RWS § § v. § § TRANS UNION LLC, REGIONAL § FINANCE CORPORATION OF TEXAS, § § Defendants. § | |

## ORDER

Before the Court are two stipulations: Plaintiff Jesica Pimentel and Defendant Trans Union LLC's Stipulation of Dismissal with Prejudice (Docket No. 22) and Pimentel and Defendant Regional Finance Corporation of Texas's Joint Stipulation of Dismissal with Prejudice (Docket No. 27). Pursuant to the parties' filings and Rule 41 of the Federal Rules of Civil Procedure, it is

**ORDERED** that the above-titled action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**SIGNED this 6th day of October, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE