# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JESICA PIMENTEL, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 4:20-CV-00283-RWS |
| | § |
| v. | § |
| | § |
| TRANS UNION LLC, REGIONAL | § |
| FINANCE CORPORATION OF TEXAS, | § |
| | § |
| Defendants. | § |

## ORDER

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**SIGNED this 6th day of October, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE